

# Missouri Court of Appeals
## Southern District

**FEBRUARY 16, 2016**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b).

1.      Case No.  SD33932

      Re:    STATE OF MISSOURI,
             Respondent,
             vs.
             BILLIE JOE BORSCHNACK,
             Appellant.